Hershell WIDEMON, Appellant,

v.

The STATE of Texas, Appellee.

No. 28818.

Court of Criminal Appeals of Texas.

Feb. 13, 1957.

Ralph Edward ADAMS, Appellant,

v.

The STATE of Texas, Appellee.

No. 28826.

Court of Criminal Appeals of Texas.

Feb. 13, 1957.

No attorney for appellant of record on appeal.

Leon B. Douglas, State's Atty., Austin, for the State.

No attorney for appellant of record on appeal.

Henry Wade, Criminal Dist. Atty., George P. Blackburn, Asst. Dist. Atty., Dallas, and Leon B. Douglas, State's Atty., Austin, for the State.

PER CURIAM.

The offense is defrauding with a worthless check; the punishment, a fine of $25.

The record on appeal contains no statement of facts or bills of exception. All proceedings are regular, and nothing is presented for review.

The judgment is affirmed.

PER CURIAM.

The offense is driving while intoxicated; the punishment, 3 days in jail and a fine of $125.

The record on appeal contains no statement of facts or bills of exception. All proceedings appear to be regular and nothing is presented for review. The judgment is affirmed.